[No. 26996-5-III.   Division Three.   November 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERTO PEREZ-VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-1-00341-1, Robert L. Zagelow, J., entered April 21, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27200-1-III.   Division Three.   November 17, 2009.]

*In the Matter of the Detention of* JUSTIN J. MACKEY.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-2-00083-7, Robert L. Zagelow, J., entered June 9, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kulik, JJ.

[No. 27561-2-III.   Division Three.   November 17, 2009.]

*In the Matter of the Marriage of* LAURIE A. ERDMAN, *Respondent*, and TIMOTHY M. ERDMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-3-00560-1, Michael G. McCarthy, J., entered October 15, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27617-1-III.   Division Three.   November 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LYNNE MADSON, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 08-1-00114-1, John Hotchkiss, J., entered December 1, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Korsmo, JJ.